James T. Hultquist (Pro Hac Vice Application Pending)(SBN 6204320)
Email: jhultquist@reedsmith.com
Raven Moore (Pro Hac Vice Application Pending)(SBN 6280665)
Email: rmoore@reedsmith.com
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507

Telephone:  +1 312 207 1000
Facsimile:  +1 312 207 6400


Cathleen Donohoe (SBN 228729)
Email: cdonohoe@reedsmith.com
REED SMITH LLP
1510 Page Mill Road, Suite 110
Palo Alto, CA 94304-1127

Telephone:  +1 650 352 0500
Facsimile:  +1 650 352 0699

Attorneys for Plaintiff
Tavant Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| TAVANT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RAVISHANKAR BETTADAPURA NARAYANA, SATISH KUMAR KOMMURI, RAMKUMAR YADAV KRISHNAN, DHAMODHARAN PATHERVELLAI, and DOES 1 THROUGH 100, INCLUSIVE, <br><br> Defendants. | Case No. CV10-4301 <br><br> XXXXXXXXXXX ] **ORDER GRANTING STIPULATION TO SET DEADLINES FOR PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO** <br><br> Honorable Patricia V. Trumbull |

This matter comes before the Court on the parties' Stipulation to Set Deadlines for Plaintiff's Amended Complaint and Defendants' Response Thereto.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The date for Plaintiff Tavant Technologies, Inc. to file its amended complaint shall be Monday, November 1, 2010.

Case No. CV10-4301

[PROPOSED] ORDER GRANTING STIPULATION TO SET DEADLINES FOR PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO

US_ACTIVE-104773480

2. The date for Defendants Ravishankar Bettadapura Narayana, Satish Kumar Kommuri, Ramkumar Yadav Krishnan, and Dhamodharan Pathervellai to file their answer or otherwise respond to the amended complaint shall be Monday, November 22, 2010.

DATED: 10/25/2010

_____
Magistrate Judge Patricia V. Trumbull