**E-Filed 12/9/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TAVANT TECHNOLOGIES, INC., | Case Number 5:10-cv-04301-JF |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION FOR INTERIM STAY; AND CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| RAVISHANKAR BETTADAPURA NARAYANA, et al., | |
| Defendants. | [Re: Dkt. Entry 40] |

Defendants' motion for an interim stay of proceedings is GRANTED IN PART AND DENIED IN PART. All aspects of the litigation are HEREBY STAYED pending disposition of Defendants' motion to transfer or stay, EXCEPT for discovery. The parties are free to proceed with discovery.

The Case Management Conference set for December 17, 2010 is CONTINUED to February 4, 2011 at 9:00 to be heard with the motion for transfer or stay.

DATED: 12/9/2010

_____
JEREMY FOGEL
United States District Judge

Case No. 5:10-cv-04301-JF
ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION
(JFLC2)